## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Coleen G. Smith,

               Civil No. 09-2996 (RHK/AJB)

    Plaintiff,

                  **ORDER**

v.

Michael J. Astrue, Commissioner of
Social Security,

    Defendant.

---

  Based upon the Report and Recommendation by Chief Magistrate Judge Arthur J. Boylan, dated February 1, 2011, with all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

  1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

  2. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED;** and

  3. Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

Dated: March 11, 2011

                    s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge