**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Coleen G. Smith,

                      Plaintiff,

v.

Michael J. Astrue, Commissioner of
Social Security,

                      Defendant.

Civil No. 09-2996 (RHK/AJB)

**ORDER**

       Pursuant to the Court's Order (Doc. No. 27), **IT IS ORDERED** that the

Clerk of Court **ENTER JUDGMENT** in the above-captioned matter.

Dated:  March 11, 2011

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge